**DIMISS; and Opinion Filed January 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01507-CV

**QAIM ALI, Appellant**
**V.**
**CLASSIC STAR GROUP, L.P, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-06770**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice Fillmore

Appellant's brief in this case is overdue. By postcard dated March 21, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

121507F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

QAIM ALI, Appellant

No. 05-12-01507-CV          V.

CLASSIC STAR GROUP, L.P, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-10-06770.
Opinion delivered by Justice Fillmore.
Justices FitzGerald and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CLASSIC STAR GROUP, L.P recover its costs of this appeal from appellant QAIM ALI.

Judgment entered this 29th day of January, 2014.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE